United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALIBU MEDIA, LLC,

    Plaintiff,

  v.

JOHN DOE SUBSCRIBER ASSIGNED IP
ADDRESS 107.3.177.69,

    Defendant.
                                       /

No. C 15-04108 WHA

**ORDER EXTENDING
DEADLINE TO EFFECTUATE
SERVICE OF PROCESS**

      Plaintiff commenced this action on September 9, 2015. On October 18, an order granted plaintiff's request for leave to serve a third-party subpoena on defendant's Internet provider, Comcast, in order to obtain defendant's identifying information. Pursuant to Rule 4(m), the deadline to effectuate service was January 11.

      On December 30, plaintiff sought leave to file its amended complaint, proposed summons, and return of service under seal, which motion was granted on January 7. The order granting the sealing motion extended the deadline within which to effectuate service to January 15. Plaintiff did not receive the unredacted summons by mail until January 20. Accordingly, plaintiff seeks to extend the deadline to effectuate service.

      Plaintiff shall have until **FEBRUARY 12** to effectuate service.

      **IT IS SO ORDERED.**

Dated: January 29, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE